IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ESTATE OF GARY ELLISON** ) | |
| **by and through his personal** ) | |
| **representative, MICHAEL ELLISON,** ) | |
| **individually and on behalf of all others** ) | |
| **similarly situated,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No.:** |
| ) | **1:08-cv-00162-M** |
| **vs.** ) | |
| ) | |
| **ERA CLASS.COM, INC.** ) | |
| ) | |
| **Defendant.** ) | |

STATEMENT ON SETTLEMENT NEGOTIATIONS

The parties are discussing settlement on an individual basis. Plaintiff will advise the court within five days whether or not the matter is resolved.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL 36533-0969
251-990-5558
E-Mail:epunderwood@alalaw.com

CERTIFICATE OF SERVICE

I hereby certify that on December 22nd, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard E. Davis
Davis & Fields, P.C.
Post Office Box 2925
Daphne, AL 36526

Kenneth J. Reimer
Post Office Box 1206
Mobile, AL 36633

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.